UNITEDD STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
UNITED STATES OF AMERICA

    v.

ORDER MODIFYING
CONDITIONS OF RELEASE

Ind. No. 08-933 (FSH)

EDWARD BARKS

This matter having come before the Court on the application of defendant, Edward Barks, (by Patrick N. McMahon, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States ( by Ronnell Wilson, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 9th day of February, 2009, HEREBY ORDERED that:

1. The condition of release shall be modified to allow for the defendant, Edward Barks, access to a computer for the purposes of at home shopping subject to site approval as well as monitoring software and manual inspection by the Pretrial Services Agency.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

Consented to:

_____
Ronnell Wilson
Assistant U.S. Attorney

_____ 2/6/09
Patrick N. McMahon
Assistant Federal Public Defender

All other conditions previously set on January 30, 2008 remain in effect.

SO ORDERED.